| | | | |
|---|---|---|---|
| Hall v. Wishard Health Services | 46A05–1610–PL–2293 | 03/02/2017 | Transfer denied. All Justices concur. |
| Kidwell v. State | 68 N.E.3d 1129 | 03/02/2017 | Transfer denied. All Justices concur. |
| Taylor v. State | 65 N.E.3d 649 | 03/03/2017 | Transfer denied. All Justices concur. |
| CHINS: SP v. Indiana Department of Child Services | 49A05–1602–JC–208 | 03/13/2017 | Transfer denied. Rush, C.J., and David J., vote to grant transfer. Rucker and Massa, JJ., vote to deny transfer. Slaughter, J., did not participate. |
| Consumer Attorney Services PA v. State | 64 N.E.3d 1205 | 03/21/2017 | Transfer granted. |
| Snow v. State | 65 N.E.3d 1129 | 03/23/2017 | Transfer granted. |
| Thomas v. State | 65 N.E.3d 1096 | 03/23/2017 | Transfer granted. |
| Harris v. State | 66 N.E.3d 628 | 03/23/2017 | Transfer granted. |
| Sedam v. 2JR Pizza Enterprises, LLC | 61 N.E.3d 1191 | 03/23/2017 | Transfer granted. |
| Dalton Corporation v. Myers | 65 N.E.3d 1142 | 03/23/2017 | Transfer denied. All Justices concur. |
| Kruchten, In re | 69 N.E.3d 953 | 03/23/2017 | Transfer denied. All Justices concur. |
| Brookins v. State | 69 N.E.3d 957 | 03/23/2017 | Transfer denied. All Justices concur. |
| Briscoe v. State | 76 N.E.3d 202 | 03/23/2017 | Transfer denied. All Justices concur. |
| Hill v. State | 68 N.E.3d 1130 | 03/23/2017 | Transfer denied. All Justices concur. |
| Hughes v. State | 76 N.E.3d 202 | 03/23/2017 | Transfer denied. All Justices concur. |
| Thomas v. Pence | 48A02–1606–PL–1353 | 03/23/2017 | Transfer denied. All Justices concur. |
| Risch v. Stayer | 69 N.E.3d 954 | 03/23/2017 | Transfer Denied. All Justices concur, except David, J., who did not participate in the decision of this matter. |
| Harrod v. State | 69 N.E.3d 957 | 03/23/2017 | Transfer denied. All Justices concur. |
| L.B. v. Indiana Department of Child Services | 68 N.E.3d 1128 | 03/23/2017 | Transfer Denied. All Justices concur, except David, J., who votes to grant the petition to transfer. |
| Nesbitt v. State | 76 N.E.3d 201 | 03/23/2017 | Transfer denied. All Justices concur. |
| Hill v. State | 69 N.E.3d 959 | 03/23/2017 | Transfer denied. All Justices concur. |
| N.B. v. Indiana Department of Child Services | 69 N.E.3d 953 | 03/23/2017 | Transfer denied. All Justices concur. |
| Orwig v. State | 69 N.E.3d 957 | 03/23/2017 | Transfer denied. All Justices concur. |
| A.B. v. Indiana Department of Child Services | 69 N.E.3d 953 | 03/23/2017 | Transfer denied. All Justices concur. |
| Reames v. State | 76 N.E.3d 199 | 03/23/2017 | Transfer denied. All Justices concur. |
| Green v. State | 65 N.E.3d 620 | 03/23/2017 | Transfer denied. All Justices concur. |